# UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD L. STETHEM, et al
Plaintiff(s)

v.

Civil Action No. 00-0159

THE ISLAMIC REPUBLIC OF IRAN, et al
Defendant(s)

FILED
APR 1 9 2002
NANCY MAYER WHITTINGTON, CLERK
U S. DISTRICT COURT

## JUDGMENT
**FOR PLAINTIFF**

This cause having been considered by the Court before the Honorable Thomas Penfield Jackson, Judge presiding, and the issues having been duly briefed and the court having rendered its decision pursuant to the Court's Decision and Order filed April 19, 2002, now therefore, pursuant to the decision of the Court,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of the plaintiff PATRICIA STETHEM and against the defendant THE ISLAMIC REPUBLIC OF IRAN and THE IRANIAN MINISTRY OF INFORMATION AND SECURITY, jointly and severally in the amount of $5,000,000.00 for compensatory damages.

NANCY MAYER-WHITTINGTON, Clerk

Dated: 4-19-02

By: Robert E West
Robert E West, Deputy Clerk

#36

(N)