Civil Judgment (Rev 7/95)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RICHARD L STETHEM, et al
    Plaintiff(s)

v.

THE ISLAMIC REPUBLIC OF IRAN, et al
    Defendant(s)

Civil Action No. 00-0159

**FILED**

APR 1 9 2002

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## JUDGMENT
## FOR PLAINTIFF

This cause having been considered by the Court before the Honorable Thomas Penfield Jackson, Judge presiding, and the issues having been duly briefed and the court having rendered its decision pursuant to the Court's Decision and Order filed April 19, 2002, now therefore, pursuant to the decision of the Court,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of the plaintiff ESTATE OF ROBERT STETHEM, RICHARD STETHEM, PATRICIA STETHEM, SHERYL SIERRALTA, KENNETH STETHEM, PATRICK STETHEM and against the defendant THE IRANIAN MINISTRY OF INFORMATION AND SECURITY, jointly and severally in the amount of $300,000,000.00 for punitive damages.

NANCY MAYER-WHITTINGTON, Clerk

Dated: 4-19-02

By: Robert E. West

Robert E. West, Deputy Clerk

