**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **RICHARD L. STETHEM, *et al.*,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Civil Action No. 00-159 (TPJ/RCL)** |
| **ISLAMIC REPUBLIC OF IRAN, *et al.*,** | ) | |
| **Defendants.** | ) | |

**ORDER**

Upon consideration of plaintiffs' Motion [44] for an Order Approving Form and Procedure for Lis Pendens, and in light of this Court's Memorandum Opinion and Order denying plaintiffs' motion for leave to file an amended complaint pursuant to section 1083(c) of the National Defense Authorization Act for Fiscal Year 2008, it is hereby

ORDERED that the motion be, and is hereby DENIED as moot.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, July 22, 2008.