## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RICHARD L. STETHEM, *et al.*, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | Case No. 1:00-cv-00159 |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | * * * | |
| Defendants. | * | |

*************************************************************************

### MOTION TO REVIVE JUDGMENT CREDITORS'
### PUNITIVE DAMAGES JUDGMENT OF APRIL 19, 2002

Judgment Creditors, The Estate of Robert Stethem, Richard L. Stethem, Patricia Stethem, Sheryl Sierralta, Kenneth Stethem, and Patrick Stethem, by and through their undersigned counsel, acting pursuant to 28 U.S.C. § 1610 and Federal Rule of Civil Procedure 69, hereby submit this motion to revive their punitive damages judgment of April 19, 2002.  The grounds for this motion are explained in the accompanying statement of points and authorities.  A proposed order is also attached.

                                                          Respectfully Submitted,
                                                          ___*/s/*Joshua M. Ambush_____
                                                          Joshua M. Ambush
                                                          Bar No. MD 27025
                                                          Law Offices of Joshua M. Ambush, LLC
                                                          1726 Reisterstown Road, Ste. 206
                                                          Baltimore, Maryland 21208
                                                          (410) 484-2070 (telephone)
                                                          (410) 484-9330 (facsimile)
                                                          Joshua@ambushlaw.com