**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| RICHARD L. STETHEM, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:00-cv-00159 |
| | ) | |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

**********************************************************************

**MOTION TO REVIVE JUDGMENT CREDITORS' PUNITIVE DAMAGES JUDGMENT OF APRIL 19, 2002, AS RENEWED ON MAY 19, 2014**

Judgment Creditors, The Estate of Robert Stethem, Richard L. Stethem, The Estate of Patricia Stethem, The Estate of Sheryl Sierralta, Kenneth Stethem, and Patrick Stethem, by and through their undersigned counsel, acting pursuant to 28 U.S.C. § 1610 and Federal Rule of Civil Procedure 69, hereby move this Court for an order reviving and extending their punitive damages judgment.

On April 19, 2002, this Court entered a punitive damages judgment in the amount of $300,000,000.00 against the Islamic Republic of Iran and its Ministry of Information and Security. (*See* ECF No. 40). The judgment was first renewed by this Court on May 19, 2014 (*see* ECF No. 51), and that renewal is set to expire on April 19, 2026. The judgment remains unsatisfied.

Judgment Creditors now seek a second twelve-year renewal of the punitive damages judgment. The grounds for this motion are explained in the accompanying Statement of Points and Authorities. A proposed order is also attached.

Dated: February 24, 2026

Respectfully Submitted,

/s/Joshua M. Ambush
Joshua M. Ambush
Bar No. MD 27025
Law Offices of Joshua M. Ambush, LLC 106 Old Court Road, Ste. 303
Baltimore, Maryland 21208
(410) 484-2070 (telephone)
(410) 484-9330 (facsimile)
jambush@ambushlaw.com