**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| RICHARD L. STETHEM, *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:00-cv-00159 |
| | ) | |
| ISLAMIC REPUBLIC<br>OF IRAN, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

***********************************************************************

**ORDER**

Upon consideration of Judgment Creditors' Motion to Revive Punitive Damages Judgment of April 19, 2002, as renewed on May 19, 2014 (ECF No. 51), and the accompanying Statement of Points and Authorities, it is hereby **ORDERED** that Judgment Creditors' Motion to Revive is GRANTED. The Punitive Damages Judgment originally entered on April 19, 2002 (ECF No. 40), and previously renewed on May 19, 2014 (ECF No. 51), is hereby extended against both the Islamic Republic of Iran and the Iranian Ministry of Information and Security for another twelve (12) years, through and including April 19, 2038.

**SO ORDERED on this ______ day of ______________, 2026.**

______________________________
**United States District Court Judge**