**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RICHARD L. STETHEM, *et al.*,<br>*Plaintiffs*,<br>v.<br>ISLAMIC REPUBLIC OF IRAN, *et al.*,<br>*Defendants*. | Civil Action No. 00-00159 (TPJ) |

**<u>Order</u>**

On April 19, 2002, Judgment Creditors obtained a punitive damages judgment in this court awarding damages related to Defendants' liability for acts of terrorism in connection with the hijacking of TWA Flight No. 847. ECF No. 40; *see* ECF No. 52-1 at 2. On May 9, 2014, the court entered an order extending the punitive damages judgment for another twelve years, or until April 19, 2026. ECF No. 51. Because the judgment's enforceability will soon expire, Judgment Creditors move to revive the judgment. ECF No. 52.

The procedure for enforcing judgments is governed by state law. Fed. R. Civ. P. 69(a)(1). Under D.C. Law, a judgment is enforceable "for the period of twelve years only." D.C. Code § 15-101. Before the twelve year clock runs out, a judgment owner may seek an order of revival, which "extends the effect and operation of the judgment" for another twelve years. D.C. Code § 15-103. Here, because the punitive damages judgment was renewed until April 19, 2026, Judgment Creditors have timely moved for an order reviving the judgment.

The court concludes that because Defendants have offered no "defense or cause why the judgment should not be revived," reviving the judgment is appropriate. *National Bank of*

*Washington v. Carr*, 829 A.2d 942, 945 (D.C. 2003). The court accordingly grants Judgment Creditors' motion to revive judgment, ECF No. 52. The punitive damages judgment originally entered on April 19, 2002, ECF No. 40, and previously renewed until April 19, 2026, ECF No. 51, shall be extended for another 12 years.

AMIR H. ALI
United States District Judge

Date: April 13, 2026